UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ZENOBIA I. MORGAN,

          Plaintiff,                        Case No. 12-12021
                                              Honorable Thomas L. Ludington

v.

COMMISSIONER OF SOCIAL SECURITY,

          Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION,**
**GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT,**
**DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT,**
**AND AFFIRMING COMMISSIONER'S DECISION**

Plaintiff Zenobia Morgan brought a claim challenging the final decision of Defendant Commissioner of Social Security denying her application for Disability Insurance Benefits under the Social Security Act. Both parties filed motions for summary judgment. On November 28, 2012, Magistrate Judge David R. Grand issued a report recommending Defendant's motion be granted, Plaintiff's motion be denied, and the Commissioner's decision be affirmed. As of today's date, no party has filed any objections to the magistrate judge's report and recommendation. The election to not file objections to the magistrate judge's report releases the Court from its duty to independently review the record. *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation, ECF No. 11, is **ADOPTED**.

It is further **ORDERED** that Defendant's motion for summary judgment, ECF No. 9, is **GRANTED**.

It is further **ORDERED** that Plaintiff's motion for summary judgment, ECF No. 8, is **DENIED**.

It is further **ORDERED** that the determination of the Commissioner of Social Security is **AFFIRMED** and that Plaintiff's complaint, ECF No. 1, is **DISMISSED** with prejudice.

Dated: December 14, 2012                                    s/Thomas L. Ludington
                                                           THOMAS L. LUDINGTON
                                                           United States District Judge

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on December 14, 2012.

                    s/Tracy A. Jacobs
                    TRACY A. JACOBS